STATE OF MINNESOTA

IN SUPREME COURT

A14-1871



FILED

September 8, 2015

OFFICE OF
APPELLATE COURTS

Inquiry into the Conduct of the
Honorable Alan F. Pendleton.

O R D E R

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that pursuant to Rule 15(b), Rules of the Board on Judicial Standards, effective as of the close of business today, the Honorable Alan F. Pendleton is suspended with pay from the office of district court judge pending a final decision by the court as to the ultimate discipline.

Dated: September 8, 2015

BY THE COURT:

Lorie S. Gildea
Chief Justice